**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**HYUNDAI CORPORATION (USA),**

      **Plaintiff(s),**

**v.**                                                  **CASE NO:  8:05-CV-2059-T-30EAJ**

**M/V VASILY BURKHANOV,** *in rem,* **et al.,**

      **Defendant(s).**

_____/

**O R D E R**

The Court has been advised via a Notice of Settlement (Dkt. #36) that the above-styled action has been settled.  Accordingly, pursuant to Local Rule 3.08(b), M.D.Fla., it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within **ninety (90) days** of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*.  After that 90-day period, however, dismissal shall be with prejudice.  All pending motions, if any, are **DENIED** as moot.  The Clerk is directed to close the file.

DONE and ORDERED in Tampa, Florida on October 16, 2006.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel/Parties of Record

F:\Docs\2005\05-cv-2059.dismissal 36.wpd